# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD31 | W0801890 | DANIEL COLLINS | SA0559 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☑USC ☐State Code |
|---|---|
| 02/20/2018   6:00 PM | 16 USC 3372(a)(1) & 16 USC 3373(d)(2), APG Regulation 210-10 5c, and 18 USC 2. |

Place of Offense

GRASONVILLE, MARYLAND

Offense Description: Factual Basis for Charge                                    HAZMAT☐

The subject did aid and abet the transport and sale of striped bass from Aberdeen Proving Ground waters that were taken by individuals without the required APG Permit, all in violation of 16 USC 3372(a)(1) & 3373(d)(2), APGR 210-10 5c, and 18 USC 2.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ASHTON | JOHN | L |

| Tag No. | State | Year | Make/Model | PASS☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 500       Forfeiture Amount

+ $30      Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 530      Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| CENTRAL VIOLATIONS BUREAU: 1-800-827-2982 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy                    W0801890

CVB SCAN 06/05/2020 10:32

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 20 , 20 18 while exercising my duties as a law enforcement officer in the _____ District of MARYLAND

John L. ASHTON, the subject, was commercial fishing for striped bass within Aberdeen Proving Ground (APG) waters in the Gunpowder River, Baltimore, County, MD. The subject, who had not obtained an APG Commercial Fishing Permit, was fishing with Cory L. HAGGERTY, who also had not obtained an APG Commercial Fishing Permit. The subject was also fishing with Gerry W. HAGGERTY and Joel R. HAGGERTY who both had obtained an APG Commercial Fishing Permit.

APG Regulation 210-10 5c requires "All personnel" engaging in commercial fishing or crabbing in APG waters to have an APG Commercial Fishing Permit.

Since not all personnel engaged in the commercial fishing operation that day had the required APG Commercial Fishing Permit, some striped bass were harvested (taken) from APG waters without proper authorization, and in the exercise of due care the subject should have known that these fish were taken in violation of APG Regulation 210-10.

The day's catch of striped bass was transported from APG waters to Queen Anne's County where it was sold at United Shellfish in Grasonville, MD, and the proceeds were provided by check to the subject, Cory L. HAGGERTY, and Gerry W. HAGGERTY, all in violation of 16 USC 3372(a)(1) & 3373(d)(2), APG Regulation 210-10 5c, and 18 USC 2.

The foregoing statement is based upon:

☐ my personal observation          ☑ my personal investigation

☑ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/29/2020      Daniel E Collins

Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/05/2020 10:32